# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carson, Joel M. | U.S. District Court for the District of New Mexico | 03/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Part Time | ☐ Nomination  Date<br>✔ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>02/10/2016 |

**7. Chambers or Office Address**

500 N Richardson
Roswell, New Mexico 88201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▆ Trust No. 1 |
| 2. | Vice-President & Secretary | ▆▆▆▆▆▆ |
| 3. | Manager | ▆▆▆▆▆ |
| 4. | Manager | ▆▆▆ |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carson, Joel M. | 03/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Mack Energy Corporation | $261,465.00 |
| 2. 2014 | ▓▓▓▓▓▓▓▓▓ | $75,670.05 |
| 3. 2014 | Mack Energy Corporation | $48,416.05 |
| 4. 2015 | ▓▓▓▓▓▓▓▓▓ | $134,247.56 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▓▓▓▓▓▓▓▓▓ |
| 2. 2014 | ▓▓▓▓▓▓▓▓▓ |
| 3. 2013 | ▓▓▓▓▓▓▓▓▓ |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farm Credit Services | Agricultural and Real Property Loan | M |
| 2. JP Morgan Chase | Revolving Credit | J |
| 3. Citibank | Revolving Credit | K |
| 4. Bank of America | Revolving Credit | J |
| 5. Artesia Credit Union | Mortgage on Rental Property | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Carson, Joel M. | 03/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Savings | A | Interest | J | T | | | | | |
| 2. Wells Fargo Savings | A | Interest | K | T | | | | | |
| 3. Wells Fargo Checking | | None | L | T | | | | | |
| 4. Wells Fargo HSA Savings | | None | K | T | | | | | |
| 5. Pioneer Bank Checking | | None | K | T | | | | | |
| 6. Artesia Credit Union Savings | A | Interest | J | T | | | | | |
| 7. Otero Federal CU Savings (closed) | A | Interest | | | | | | | |
| 8. Eagle Federal CU Savings | A | Interest | L | T | | | | | |
| 9. ▇▇▇▇▇▇▇ ) | C | Royalty | J | W | | | | | |
| 10. ▇▇▇▇▇▇▇ | | None | J | W | | | | | |
| 11. Ameritrade Money Market | A | Int./Div. | J | T | | | | | |
| 12. MPC (no longer held) | A | Dividend | | | | | | | |
| 13. MRO | A | Dividend | J | T | | | | | |
| 14. CXO | | None | J | T | | | | | |
| 15. ITW (no longer held) | A | Dividend | | | | | | | |
| 16. ESV (no longer held) | A | Dividend | | | | | | | |
| 17. JNJ (no longer held) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carson, Joel M. | 03/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BP (no longer held) | A | Dividend | | | | | | | |
| 19. JPM (no longer held) | A | Dividend | | | | | | | |
| 20. TUP (no longer held) | A | Dividend | | | | | | | |
| 21. XEL (no longer held) | A | Dividend | | | | | | | |
| 22. American Century Government Bond Ret Acct | C | Int./Div. | M | T | | | | | |
| 23. Loomis Sayles Investment Grade Bond Ret Acct | | None | M | T | | | | | |
| 24. Transamerica Stable Value Core Acct | A | Int./Div. | J | T | | | | | |
| 25. Vanguard Small Cap Value Index Ret Acct | A | Int./Div. | K | T | | | | | |
| 26. TDAM MM Portfolio Class A (no longer held) | A | Int./Div. | | | | | | | |
| 27. SSGA MOney Market Fund (no longer held) | A | Int./Div. | | | | | | | |
| 28. SWMXX | A | Int./Div. | N | T | | | | | |
| 29. COP | A | Dividend | K | T | | | | | |
| 30. PSX | A | Dividend | J | T | | | | | |
| 31. BABA | | None | K | T | | | | | |
| 32. ILMN | | None | J | T | | | | | |
| 33. TOM | | None | J | T | | | | | |
| 34. MCD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carson, Joel M. | 03/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMGN | A | Dividend | J | T | | | | | |
| 36. WBA | A | Dividend | J | T | | | | | |
| 37. Bank of Cascades HSA Account (no longer held) | A | Interest | | | | | | | |
| 38. NextGen 529 Blackrock Age 8-10 Yrs A | | None | J | T | | | | | |
| 39. NextGen 529 Blackrock Age 11-13 Yrs A | | None | J | T | | | | | |
| 40. T Rowe Price Retirement 2030 R | B | Int./Div. | M | T | | | | | |
| 41. Rental Property #1, Roswell, NM | D | Rent | M | W | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carson, Joel M. | 03/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust noted on page 1 not yet funded, so no reportable value or income.

With respect to entry nos. 38 & 39 on Part VII, Merrill Lynch states that income and yields are not reported on customer statement and are not otherwise available.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel M. Carson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544